USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA

      - v. -

NELSON BURTNICK,

                         Defendant.

------------------------------------------------------------- x

PROPOSED ORDER

10 Cr. 336 (LAK)

LEWIS A. KAPLAN, District Judge:

    WHEREAS, upon consideration of the defendant's application to modify the terms and conditions of the defendant's appearance bond to release the following property currently securing the bond: 2260 N. Villa Maria Rd., Claremont, California,

    IT IS HEREBY ORDERED that the property located at 2260 N. Villa Maria Rd., Claremont, California be released as security for the defendant's appearance bond.

**SO ORDERED:**

Dated: New York, New York
          4/25, 2013

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE